```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, Bar # VI766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   SAI SAMONE SOULYALANGSY
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:09-cr-00048-MCE |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE |
|  | ) |
| SAI SAMONE SOULYALANGSY, | ) |
|  | ) Date: October 29, 2009 |
| Defendant. | ) Time: 9:00 a.m. |
|  | ) Judge: Hon. Morrison C. England |
| _____ | ) |

IT IS HEREBY STIPULATED between the parties, Michelle Rodriguez, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant SAI SAMONE SOULYALANGSY, that the status conference of October 15, 2009 be vacated, and the matter be set for status conference on October 29, 2009 at 9:00 a.m.

The grounds for the continuance is that defense counsel needs time to review additional discovery and a new plea offer with the defendant. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

IT IS STIPULATED that the period from the signing of this Order, up to and including October 29, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant

1  to  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing
2  preparation of counsel.
3  Dated: October 13, 2009

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*
_____
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
SAI SAMONE SOULYALANGSY

Dated: October 13, 2009

LAWRENCE BROWN
United States Attorney

*/s/ Douglas Beevers for*
_____
By:  MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for October 15, 2009, be continued to October 29, 2009, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this

1 Order, to and including, the October 29, 2009 status conference shall
2 be excluded from computation of time within which the trial of this
3 matter must be commenced under the Speedy Trial Act pursuant to 18
4 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel
5 time to prepare.

 Dated: October 16, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE