1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 DOUGLAS BEEVERS, Bar # VI766
Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700
5

6 Attorney for Defendant
SAI SAMONE SOULYALANGSY,
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       ) No. 2:09-cr-00048-MCE
                                   )
12              Plaintiff,         )
                                   ) AMENDED STIPULATION AND ORDER TO
13      v.                         ) CONTINUE STATUS CONFERENCE
                                   )
14 SAI SAMONE SOULYALANGSY,        )
                                   ) Date:  November 19, 2009
15              Defendant.         ) Time:  9:00 a.m.
                                   ) Judge: Hon. Morrison C. England
16 _____ )

17      IT IS HEREBY STIPULATED between the parties, Michelle Rodriguez,

18 Assistant United States Attorney, and Douglas J. Beevers, Assistant

19 Federal Defender, attorney for defendant SAI SAMONE SOULYALANGSY, that

20 the status conference of October 29, 2009 be vacated, and the matter be

21 set for status conference on November 19, 2009 at 9:00 a.m.

22      The grounds for the continuance is that defense counsel needs time

23 to review additional discovery and a new plea offer with the defendant.

24 The parties agree a continuance is necessary for this purpose, and

25 agree to exclude time under the Speedy Trial Act accordingly.

26      IT IS STIPULATED that the period from the signing of this Order,

27 up to and including November 19, 2009, be excluded in computing the time

28 within which trial must commence under the Speedy Trial Act, pursuant

1  to  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing

2  preparation of counsel.

3  Dated: October 13, 2009

4                                          Respectfully submitted,

5                                          DANIEL BRODERICK
                                           Federal Defender
6

7                                          /s/ Douglas Beevers
                                           _____
8                                          DOUGLAS BEEVERS
                                           Assistant Federal Defender
9                                          Attorney for Defendant
                                           SAI SAMONE SOULYALANGSY
10

11  Dated: October 13, 2009

12                                         LAWRENCE BROWN
                                           United States Attorney
13

14                                         /s/ Douglas Beevers for
                                           _____
15                                    By:  MICHELLE RODRIGUEZ
                                           Assistant U.S. Attorney
16

17

18

19

20

21

22

23

24

25

26

27

28

Stip and Order                        -2-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for October 15, 2009, be continued to **November** 19, 2009, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the **November** 19, 2009 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: November 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE