1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   DOUGLAS BEEVERS, Bar # USVI 766
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6   Attorney for Defendant
    SAI SAMONE SOULYALANGSY,
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  No. 2:09-cr-00048-MCE
                                     )
12                  Plaintiff,       )
                                     )  STIPULATION AND ORDER TO CONTINUE
13       v.                          )  STATUS CONFERENCE
                                     )
14  SAI SAMONE SOULYALANGSY,         )
                                     )  Date:  December 3, 2009
15                  Defendant.       )  Time:  9:00 a.m.
                                     )  Judge: Hon. Morrison C. England
16  _____ )

17       IT IS HEREBY STIPULATED between the parties, Michelle Rodriguez,

18  Assistant United States Attorney, and Douglas J. Beevers, Assistant

19  Federal Defender, attorney for defendant SAI SAMONE SOULYALANGSY, that

20  the status conference of November 19, 2009 be vacated, and the matter

21  be set for status conference on December 3, 2009 at 9:00 a.m.

22       The grounds for the continuance is that defense counsel needs time

23  to review additional discovery and the plea offer with the defendant.

24  The parties agree a continuance is necessary for this purpose, and

25  agree to exclude time under the Speedy Trial Act accordingly.

26  ///

27  ///

28  ///

1     IT IS STIPULATED that the period from the signing of this Order,

2  up to and including December 3, 2009, be excluded in computing the time

3  within which trial must commence under the Speedy Trial Act, pursuant

4  to  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing

5  preparation of counsel.

6  Dated: November 18, 2009

7                           Respectfully submitted,

8                           DANIEL BRODERICK
Federal Defender

9

10                         */s/ Douglas Beevers*

11                         —————————————————
DOUGLAS BEEVERS
Assistant Federal Defender

12                         Attorney for Defendant
SAI SAMONE SOULYALANGSY

13

14  Dated: November 18, 2009

15                         LAWRENCE BROWN
United States Attorney

16

17                         */s/ Michelle Rodriguez*

18              By:  —————————————————
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

19

20

21

22

23

24

25

26

27

28

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for November 19, 2009, be continued to December 3, 2009, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the December 3, 2009 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: November 18, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28